# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:23-mj-00366 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| EMEKA OLISA EZIOLISA, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for a hearing on September 22, 2023. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

September 22, 2023

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge